UNITED STATES of America,
Plaintiff–Appellee,

v.

Tajrick CONAWAY, Defendant–
Appellant.

No. 08–17163
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 4, 2009.

Tajrick Conaway, Beaver, WV, pro se.

Before TJOFLAT, BLACK and
BARKETT, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Tajrick Conaway, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denials of Conaway's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and his motions for reconsideration are **AFFIRMED.**